

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00149-CV

Nasser **NAKISSA**,
Appellant

v.

Sarah E. **MENCHACA**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-19593
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Costs of this appeal are taxed against appellant Nasser Nakissa.

SIGNED December 21, 2022.

_____
Rebeca C. Martinez, Chief Justice